

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CV 3380**

-------------------------------------------------------X

JOSE CARO,

               Plaintiff,

-against-

AMERICAN AIRLINES, INC.

               Defendant.

-------------------------------------------------------X

Docket No.:

**RULE 7.1 DISCLOSURE STATEMENT**

RECEIVED APR 2 7 2007

    I, DAVID S. RUTHERFORD, attorney for defendant, American Airlines, Inc., having filed an initial pleading in the above-captioned matter, makes the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, identifying any corporate parents, and any publicly held corporation that owns ten percent or more of the defendant's stock:

AA 2002 CLASS C CERTIFICATE CORP.
AA 2002 CLASS D CERTIFICATE CORP.
AA 2003-1 CLASS C CERTIFICATE CORP.
AA 2003-1 CLASS D CERTIFICATE CORP.
AA DEPOSITOR CORP.
AA REAL ESTATE HOLDING, GP LLC
AA REAL ESTATE HOLDING, LP
AAV TOURS, LLC
AAV/UK TOURS, LLC
ADMIRALS CLUBS, INC. -(Massachusetts only)
AEROSAN S.A.
AEROSAN AIRPORT SERVICES S.A.
AMERICAN AIRLINES DE MEXICO, S.A.
AMERICAN AIRLINES DE VENEZUELA, S.A.
AMERICAN AIRLINES REALTY (NYC) -
    HOLDING, INC.
AMR TRAINING GROUP, INC.
AMR VENTURES III, INC.
ONEWORLD ALLIANCE, LLP
ONEWORLD MANAGEMENT COMPANY LTD.
TEXAS AERO ENGINE SERVICES, L.L.C. dba -
    TAESL (50/50 AA/ROLLS-ROYCE)
TWA AIRLINES, LLC

TWA STOCK HOLDING COMPANY, LLC
TRANS WORLD PARS, LLC
AMERICAS GROUND SERVICES, INC.
AERODESPACHOS COLOMBIA, S.A.
CARIBBEAN DISPATCH SERVICES, LTD.
DISPATCH SERVICES 93, S.A.
DSA
INTERNATIONAL GROUND SERVICES, -
    S.A. DE C.V.
PANAMA DISPATCH
PERU DISPATCH COMPANY
AMR EAGLE HOLDING CORPORATION
AMERICAN EAGLE AIRLINES, INC.
AMR LEASING CORPORATION
AERO PERLAS
EAGLE AVIATION SERVICES, INC.
EXECUTIVE AIRLINES, INC.
AMR FOREIGN SALES CORPORATION LTD
AMR INVESTIGATION SERVICES, INC.
AMERICAN PRIVATE EQUITY -
    MANAGEMENT, LLC
AVION ASSURANCE LTD.
PMA INVESTMENT SUBSIDIARY, INC.
SC INVESTMENT, INC.