```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JOSE CARO

                        Plaintiff,

-against-

AMERICAN AIRLINES, INC.,

                        Defendant.
-------------------------------------------------------------x

Docket No.: 07 CV 3380 (JGK)

**STIPULATION OF DISCONTINUANCE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the plaintiff and defendant AMERICAN AIRLINES, INC., the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, that Plaintiff's action is hereby dismissed, <u>with prejudice</u>, without costs to either party as against the other.

Dated: New York, New York
         August 3, 2007

| JOSE CARO | RUTHERFORD & CHRISTIE, LLP |
|---|---|
| By: _____ <br> Jose Caro <br> Plaintiff *Pro Se* <br> 1765 Gleason Avenue <br> Bronx, New York 10472 <br> (646)250-9763 | By: _____ <br> L. Diana Mulderig, Esq.(LM 9835) <br> Attorneys for Defendant <br> AMERICAN AIRLINES, INC. <br> 300 East 42nd Street, 18th Floor <br> New York, New York 10017 <br> (212) 599-5799 <br> Fax: (212) 599-5162 |

SO ORDERED:

_____
Hon. John G. Koeltl
United States District Judge

9/11/07